

# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF LOUISIANA
### OFFICE OF THE CLERK

**Michael L. McConnell**  **Telephone: 225-389-3500**
**Clerk of Court**  **Facsimile: 225-389-3501**

September 26, 2017

Jeffery N. Luthi
Clerk of the Panel
One Columbus Circle, NE
Thurgood Marshall Federal Judiciary Building
Room G-255, North Lobb
Washington, D.C. 20002-8004

Re: Civil Action 3:17-682-SDD-RLB
Thompson v. DePuy Synthes Sales, Inc. et al

Dear Sir:

    Enclosed please find a docket sheet, civil cover sheet and a copy of the Complaint filed in the above captioned case. This is a potential multi-district litigation case.

                                  Sincerely,
                                  Michael L. McConnell
                                  Clerk of Court

                                By: _Kylie Hebert_____
                                Deputy Clerk

Enclosure
Docket Sheet
Civil Cover Sheet
Complaint